19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. 587209

DIVISION "____"

DOCKET NO. **SEC. 22**

THE LOFTON INDUSTRIES, INC.

And

LOFTON SECURITY SERVICE, INC.

VERSUS

FLUOR ENTERPRISES, INC.

COST OK Amt. # 528
FEB 0 4 2010    87476
BY _mk_
DY CLERK OF COURT

FILED: _____    _____
                                                      DEPUTY CLERK

## PETITION FOR SUMS DUE

NOW INTO COURT, through undersigned counsel, come plaintiffs, The Lofton Industries, Inc. and Lofton Security Service, Inc. (collectively, "Lofton"), both Louisiana corporations with their principal place of business in the Parish of East Baton Rouge, who aver:

1.

Made defendant herein is Fluor Enterprises, Inc. ("Fluor"), a foreign corporation authorized to do business in the State of Louisiana with its principal business establishment and registered office in the State of Louisiana, as shown on the records of the Louisiana Secretary of State, at 320 Somerulos St., Baton Rouge, LA 70802-6129.

2.

Fluor has designated East Baton Rouge Parish as the location of its principal business establishment in the State of Louisiana and its registered office in the State of Louisiana and venue is proper in this parish in accordance with Louisiana Code of Civil Procedure art. 42.

REC'D C.P.
FEB 0 5 2010

1426185-1

1

EXHIBIT A

3.

Lofton is a family of staffing companies that supplies personnel for security, manufacturing and other employment positions, including permanent, full time, temporary and part-time.

4.

On information and belief, Fluor is an enterprise engaged, in part, in the construction, repair and restart of industrial sites on an international scale. On information and belief, Fluor was retained by West Feliciana Acquisition, LLC, as owner of the paper mill and industrial plant at 2105 Highway 964, St. Francisville, Louisiana (the "Paper Mill"), to prepare the Paper Mill for its regular operations after being idle.

5.

Fluor requested that Lofton provide Fluor with security and other staffing personnel at the Paper Mill. Lofton agreed to provide these services to Fluor at agreed rates.

6.

By contract entitled "FLUOR Short Form Contract No.: MA4E-90-F059" dated effective as of July 20, 2009 ("Fluor Short Form"), Fluor proposed that Lofton Security Service, Inc. supply security personnel for Fluor's operations at the Paper Mill on the terms set forth on a document entitled "FLUOR Contract Part III—General Terms—Short Form" bearing Fluor form number "000.430.F0102 (Revision Date: 07Sept2007)", as amended by a document entitled "Part IV-Special Terms -- Contract #MA4E-90-F059" (collectively, the "Fluor General Terms").

7.

During the time period August 2009 through October 2009, Lofton Security Service, Inc. did provide security personnel to Fluor in accordance with the terms of the agreement between Fluor and Lofton Security Service, Inc.

8.

Lofton has fully performed all work related to the Paper Mill that was required of it prior to termination of the agreement by Fluor. Additionally, no property of Fluor or the owner of the Paper Mill is subject to any unsatisfied lien or claim as a result of the performance of the work at the Paper Mill by Lofton, all persons providing labor or services for Lofton in connection with

the work at the Paper Mill have been paid in full their wages, and all fringe benefits, dues and payroll deductions have been made or paid in full for all persons providing labor or services for Lofton in connection with the work at the Paper Mill.

9.

The sums due hereunder arise (i) from Fluor's duty to reimburse Lofton for Lofton's payment of wages, fringe benefits and other direct costs of laborers employed for the benefit of and by the direction of Fluor and (ii) from the duty and obligation of Fluor to compensate Lofton for the agreed prices for supplying the laborers or personnel.

10.

By paying the wages of the employees performing services for Fluor, Lofton is subrogated to all rights and causes of action related to the failure of Fluor to pay the wages, fringe benefits and other costs due.

11.

Lofton is further entitled to receive the full and customary charges or prices for supplying the employees, making payroll, and providing supervision and scheduling aid to Fluor as requested by Fluor.

12.

During the period from August 2009 through October 2009, Fluor also requested services from The Lofton Industries, Inc. doing business under the name Lofton Staffing Services. In providing these services to Fluor, Lofton relied on the representations and promises made by Fluor regarding Fluor using Lofton services. Lofton relied to its detriment on the representations and promises made by Fluor, as Fluor has failed to pay Lofton for all of the staffing services requested by Fluor and provided by Lofton.

13.

Any and all services provided by Lofton to Flour were provided from time to time as and when requested by Fluor. Fluor was not required to request any services from Lofton under the Fluor Short Form or the Fluor General Terms.

1426185-1                                        3

002181414004

14.

Fluor maintained an open account to add or reduce staffing to be provided by Lofton and the parties agreed that the billing would be based upon the amount of time and the nature of the services requested by Fluor and provided by Lofton.

15.

During the time period August 2009 through October 2009, Lofton provided security and other personnel and billed Fluor for those services.

16.

On 9/21/2009, Lofton Security Service, Inc. was paid in full for its invoices for services through the week ended August 11, 2009, in the sum of $51,707.44.

17.

On 10/19/2009, The Lofton Industries, Inc. was paid in full for its invoices for services through the week ended August 11, 2009, in the sum of $25,518.56.

18.

Upon information and belief, Fluor was terminated as contractor for the Paper Mill on or about October 8, 2009. At that point, Fluor advised Lofton that it would no longer continue with the employment of Lofton's personnel. Fluor's position was confirmed by letter dated October 13, 2009.

19.

At the time of termination of Lofton's services, Lofton Security Service, Inc. had supplied to Fluor security personnel for the period of time from the week ended August 18, 2009, through the week ended October 11, 2009. Lofton Security Service, Inc. billed Fluor the full sum of $86,481.85 for the period from the week ended August 18, 2009, through the week ended October 11, 2009. The billings are reflected by photocopies of the invoices provided weekly to Fluor. (See **Exhibit A** annexed hereto.)

20.

At the time of termination of Lofton's services, The Lofton Industries, Inc. had supplied to Fluor personnel for the period of time from the weeks ended October 4, 2009, and October 11, 2009. The Lofton Industries, Inc. billed Fluor the full sum of $6,783.75 for the weeks ended

Case 3:10-cv-00147-FJP-DLD   Document 1-2   03/02/10   Page 4 of 31

October 4, 2009, and October 11, 2009. The billing is reflected by photocopy of the invoice provided to Fluor. (See **Exhibit B** annexed hereto.)

21.

Those certain invoices (the "Invoices") that are outstanding, and shown in the attached exhibits, are summarized in the following table:

**Lofton Security Service, Inc.**

| Invoice Number | Date | No. of Pages | Total of Invoice |
|---|---|---|---|
| BRY 3105326 | 8/18/2009 | 4 | $17,756.05 |
| BRY 3105413 | 9/1/2009 | 2 | 11,129.86 |
| BRY 3105454 | 9/9/2009 | 2 | 10,519.44 |
| BRY 3105502 | 9/15/2009 | 2 | 10,503.01 |
| BRY 3105557 | 9/22/2009 | 2 | 10,360.35 |
| BRY 3105615 | 9/29/2009 | 2 | 10,288.91 |
| BRY 3105658 | 10/6/2009 | 2 | 10,335.27 |
| BRY 3105708 | 10/13/2009 | 2 | 5,588.96 |
| | TOTAL | | $86,481.85 |

**The Lofton Industries, Inc.**

| Invoice Number | Date | No. of Pages | Total of Invoice |
|---|---|---|---|
| BRI 2101540 | 10/27/2009 | 1 | $6,783.75 |

22.

Despite Lofton's repeated requests, Fluor has offered no reason for refusing to pay these past-due Invoices.

23.

By letter dated January 21, 2010, Lofton made formal amicable demand on Fluor and provided notice that attorney fees would be sought in any collection action that became required to resolve the failure to pay the sums due.

24.

Following delivery of the formal amicable demand, Fluor neither made payment nor offered any reason or defense for its refusal to pay the Invoices.

25.

Due to the nature of the services provided to Fluor, Lofton has maintained an open account under Louisiana law, including La. R.S. 9:2781.

1426185-1

5

26.

Fluor is required to pay the reasonable attorney fees and costs incurred by Lofton from the prosecution and collection of the sums due. Fluor may avoid attorney fees by paying all sums due within 15 days of service of this petition.

27.

Fluor is required by Louisiana law to pay interest on the outstanding balance at the Louisiana legal rate from date due to date paid under Louisiana Civil Code art. 2000 and La. R.S. 9:3500. Date due for each of the Invoices was the date of receipt of each of the Invoices, however, Fluor requested an extension of 30 days from the date of receipt of each of the Invoices. Demand is made herein for legal interest to commence upon 33 days from date of each of the Invoices.

**WHEREFORE,**

1. Plaintiff, The Lofton Industries, Inc. prays for judgment against Fluor Enterprises, Inc. in the full and true sum of $6,783.75 plus legal interest until paid and for its reasonable attorney fees;

2. Plaintiff, Lofton Security Service, Inc. prays for judgment against Fluor Enterprises, Inc. in the full and true sum of $86,481.85 plus legal interest until paid and for its reasonable attorneys fees;

3. Plaintiffs seek a determination that legal interest shall run from 33 days following the date of each of the Invoices and a determination of court costs and reasonable attorneys fee to be added to the amount due; and

4. Plaintiffs further, or in the alternative, seek herein an award of all incidental costs, court costs, reasonable attorney fees, interest thereon from judicial demand and for such other and further legal and equitable relief as the Court shall deem necessary and proper.



Respectfully submitted,

D. Scott Landry (#18996)
Harry R. Holladay (#6950)
Kurt D. Duncan (#29842)
CHAFFE McCALL, L.L.P.

**CERTIFIED TRUE COPY**

MAR 0 2 2010

BY _____
DEPUTY CLERK

202 Two United Plaza
8550 United Plaza Blvd.
Baton Rouge, LA  70809
Telephone:  (225) 922-4300
Facsimile:   (225) 922-4304

Attorneys for The Lofton Industries, Inc.
and Lofton Security Service, Inc.

**PLEASE SERVE**

**Defendant**
**Fluor Enterprises, Inc.**
**Through its Registered Agent for Service of Process**

**Corporation Service Company**
320 Somerulos St.
Baton Rouge, LA 70802-6129

1426185-1                                                    7

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. _____          DIVISION "___"          DOCKET NO. ___

THE LOFTON INDUSTRIES, INC.
and
LOFTON SECURITY SERVICE, INC.

VERSUS

FLUOR ENTERPRISES, INC.

FILED: _____          _____
                                                   DEPUTY CLERK

## VERIFICATION, AFFIDAVIT OF CORRECTNESS OF ACCOUNT AND CERTIFICATE AND RELEASE

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

BEFORE ME, the undersigned Notary, personally came and appeared:

**G. BART LOFTON**

who, after being duly sworn, did depose and state:

That he is a person of the full age of majority and competent to provide this verification;

That this verification and affidavit of correctness of account is based on personal knowledge;

That he appears herein as President of The Lofton Industries, Inc. and Secretary-Treasurer of Lofton Security Service, Inc., the plaintiffs herein;

That he has read the foregoing Petition for Sums Due, and that the allegations contained therein are true and correct to the best of his knowledge, information, and belief;

That the amount due by Fluor Enterprises, Inc to The Lofton Industries, Inc. for work on the project described in the Petition for Sums Due ("Project") is $6,783.75 after giving credit for all payments made by the defendant herein;

That the amount due by Fluor Enterprises, Inc to Lofton Security Service, Inc. for work on the Project is $86,481.85 after giving credit for all payments made by the defendant herein;

That Lofton Security Service, Inc. and The Lofton Industries, Inc. (collectively, "Lofton") hereby certify to Fluor Enterprises, Inc. that Lofton has fully performed all work for the Project that was required of it prior to termination of the agreement by Fluor Enterprises, Inc., that no property of Fluor Enterprises, Inc. or the owner of the Project is subject to any unsatisfied lien or claim as a result of the performance of the work on the Project by Lofton, that all persons providing labor or services for Lofton in connection with the Project have been paid in full their wages, and that all fringe benefits, dues and payroll deductions have been made or paid in full for all persons providing labor or services for Lofton in connection with the Project .

This verification, affidavit of correctness of account and Certificate and Release has been executed on this 4th day of February 2010.

G. BART LOFTON

SWORN TO AND SUBSCRIBED,
BEFORE ME, ON THIS 4th
DAY OF FEBRUARY 2010.

NOTARY PUBLIC

D. Scott Landry
Notary Public
State of Louisiana
Bar Roll Number 18996
Commission Expires at Death

314100

DOUG WELBORN

1426185-1

9



00218141600 0

PLEASE REMIT TO:
Lofton Staffing Services
Baton Rouge - Industrial
PO Box 54745
New Orleans, LA 70154-4745



**Lofton**
*Staffing Services*

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA     70775

| | | INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|---|---|
| | | BRI2101540 | 10/27/09 | | 23809 |

Attention: *Jeorgie McKowen*
Department: *Primary*
PO #:

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| | **Week Ending Date: 10/4/09** | | | |
| Janney, Clifford | Consultant | 40.00 | $101.25 | $4,050.00 |
| | **Week Ending Date: 10/11/09** | | | |
| Janney, Clifford | Consultant | 27.00 | $101.25 | $2,733.75 |

EXHIBIT
" A "

| SERVICED BY: Baton Rouge - Industrial 9414 Interline Avenue Baton Rouge, Louisiana 70809 (225) 924 - 0200 | TERMS Net Due Upon Receipt Of Invoice | |
|---|---|---|
| | **TOTAL** | $6,783.75 |

CLERK OF COURT
FILE COPY

CASE ID:
FILING DATE:
ATTORNEY:
NO. PAGES:



**Lofton**
*Staffing Services*

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville

EXHIBIT ATTACHMENT TO:
☐ MOTION-SUMMARY JDGMT
☐ PETITION
☐ MEMORANDUM
☐ OTHER

PLEASE REMIT TO:
Lofton Staffing Services
Baton Rouge - Industrial
PO Box 54745
New Orleans, LA 70154-4745

DEPUTY CLERK

| | | INVOICE NO. | MO. DAY YR. | CUST. NO. |
|---|---|---|---|---|
| | | BRI2101540 | 10/27/09 | 23809 |

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE          Page 1 of 1

Amount Due:     **$6,783.75**



**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA      70775

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105326 | 8/18/09 | | 23704 |

Attention:  *Jeorgie McKween*
Department:  *Primary*
PO #:

**EXHIBIT**

Exhibit  "B"

| FOR THE SERVICES OF | CLASSIFICATION  Week Ending Date: 8/16/09 | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Allen, Sarah | Inspector | 19.50 | $13.32 | $259.74 |
| Baker, Denver | Inspector | 15.83 | $20.72 | $328.00 |
| Banford, Tyesha | Inspector | 40.00 | $13.32 | $532.80 |
| Banford, Tyesha | Overtime | 24.00 | $13.32 | $319.68 |
| Bibbins, Jesse | Inspector | 40.00 | $13.32 | $532.80 |
| Bibbins, Jesse | Overtime | 0.83 | $19.98 | $16.58 |
| Bibbins, Jesse | Overtime | 4.00 | $13.32 | $53.28 |
| Blevins, Donna | Inspector | 40.00 | $24.65 | $986.00 |
| Blevins, Donna | Overtime | 19.90 | $36.98 | $735.90 |
| Blevins, Donna | Overtime | 12.00 | $24.65 | $295.80 |
| Breckenridge, Martha | Inspector / Recept/Typist | 25.50 | $16.50 | $420.75 |
| Cain, Darrel | Inspector | 16.00 | $13.32 | $213.12 |
| Carlson, Cherree | Inspector | 40.00 | $23.20 | $928.00 |
| Carlson, Cherree | Overtime | 2.50 | $34.80 | $87.00 |
| Carlson, Cherree | Overtime | 8.00 | $23.20 | $185.60 |

SERVICED BY:  Baton Rouge - Security
9405 Interline Avenue
Baton Rouge, Louisiana 70809
(225) 906 - 2200

TERMS  Net Due Upon Receipt Of Invoice

| TOTAL | $17,756.05 |
|---|---|



**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA      70775

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

| INVOICE NO. | MO.  DAY | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105326 | 8/18/09 | | 23704 |

Page 1 of 4

Amount Due:     $17,756.05



**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105326 | | 8/18/09 | 23704 |

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA      70775

Attention:  Jeorgie McKwaen
Department:  Primary
PO #:

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Clark, Mary | Inspector / Recept/Typist | 16.00 | $18.00 | $288.00 |
| DeGregorio, Aimee | Inspector | 32.13 | $20.72 | $665.73 |
| Douglas, Forest | Inspector | 40.00 | $13.32 | $532.80 |
| Douglas, Forest | Overtime | 8.00 | $13.32 | $106.56 |
| Ferguson, Brian | Inspector | 40.00 | $13.32 | $532.80 |
| Ferguson, Brian | Overtime | 4.33 | $13.32 | $57.68 |
| Gros, Bryan | Inspector | 24.00 | $20.72 | $497.28 |
| Jenkins, Tammy | Inspector | 32.25 | $13.32 | $429.57 |
| Kaufman Sr, Corey | Inspector | 40.00 | $13.32 | $532.80 |
| Kaufman Sr, Corey | Overtime | 4.50 | $19.98 | $89.91 |
| Kaufman Sr, Corey | Overtime | 12.00 | $13.32 | $159.84 |
| London, Lynne | Inspector | 40.00 | $13.32 | $532.80 |
| Maxwell, Ledell | Inspector | 40.00 | $17.76 | $710.40 |
| Maxwell, Ledell | Overtime | 4.00 | $17.76 | $71.04 |
| Moses, Von | Inspector | 40.00 | $13.32 | $532.80 |
| Moses, Von | Overtime | 8.00 | $13.32 | $106.56 |

SERVICED BY:  Baton Rouge - Security
9405 Interline Avenue
Baton Rouge, Louisiana 70809
(225) 906 - 2200

TERMS: **Net Due Upon Receipt Of Invoice**

| | TOTAL | $17,756.05 |
|---|---|---|

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA      70775

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

| INVOICE NO. | MO. DAY YR. | CUST. NO. |
|---|---|---|
| BRY3105326 | 8/18/09 | 23704 |

Page 2 of 4                    Amount Due:    $17,756.05



**PLEASE REMIT TO:**

Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

| | INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|---|
| | BRY3105326 | 8/18/09 | | 23704 |

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA      70775

Attention:  *Jeorgie McKween*
Department: *Primary*
PO #:

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Moses, Von | Overtime | 0.50 | $19.98 | $9.99 |
| Spann, Lionel | Inspector | 40.00 | $13.32 | $532.80 |
| Spann, Lionel | Overtime | 1.90 | $19.98 | $37.96 |
| Spann, Lionel | Overtime | 12.00 | $13.32 | $159.84 |
| Stanwood, Kersherron | Inspector | 40.00 | $13.32 | $532.80 |
| Stanwood, Kersherron | Overtime | 11.80 | $13.32 | $157.18 |
| Tennent IV, Ernest | Inspector | 40.00 | $13.32 | $532.80 |
| Tennent IV, Ernest | Overtime | 12.00 | $13.32 | $159.84 |
| Tennent IV, Ernest | Overtime | 0.25 | $19.98 | $5.00 |
| Webb, Edith | Inspector | 40.00 | $17.76 | $710.40 |
| Webb, Edith | Overtime | 12.00 | $17.76 | $213.12 |
| Williams, Dawn | Inspector | 40.00 | $13.32 | $532.80 |
| Williams, Karen | Inspector | 40.00 | $13.32 | $532.80 |
| Williams, Karen | Overtime | 0.83 | $19.98 | $16.58 |
| Williams, Sara | Inspector | 40.00 | $17.76 | $710.40 |
| Williams, Sara | Overtime | 11.50 | $17.76 | $204.24 |

| SERVICED BY: Baton Rouge - Security | TERMS: Net Due Upon Receipt Of Invoice |
|---|---|
| 9405 Interline Avenue<br>Baton Rouge, Louisiana 70809<br>(225) 906 - 2200 | **TOTAL**          **$17,756.05** |

---



**PLEASE REMIT TO:**

Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA      70775

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

| INVOICE NO. | MO. DAY | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105326 | 8/18/09 | | 23704 |

Amount Due:     $17,756.05





PLEASE REMIT TO:

Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA  70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA        70775

Attention:  Jeorgie McKwoen
Department:  Primary
PO #:

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105326 | 8/18/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Williams, Sara | Overtime | 4.50 | $26.64 | $119.88 |
| Willis, Sallie | Inspector | 40.00 | $18.00 | $720.00 |
| Willis, Sallie | Overtime | 7.00 | $18.00 | $126.00 |

| SERVICED BY: | Baton Rouge - Security | TERMS | Net Due Upon Receipt Of Invoice |
|---|---|---|---|
| | 9405 Interline Avenue | | |
| | Baton Rouge, Louisiana 70809 | | |
| | (225) 906 - 2200 | TOTAL | $17,756.05 |



Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA        70775

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

PLEASE REMIT TO:

Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA  70154-4353

| INVOICE NO. | MO.  DAY  YR. | CUST. NO. |
|---|---|---|
| BRY3105326 | 8/18/09 | 23704 |

Page 4 of  4

Amount Due:      $17,756.05



PLEASE REMIT TO:

Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353



**Fluor Enterprises, Inc**
**2105 Highway 964**
**St. Francisville**　　　LA　　70775

Attention: *Jeorgie McKwoen*
Department: *Primary*
PO #:

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105413 | 9/1/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| | **Week Ending Date: 8/23/09** | | | |
| Williams, Sara | Overtime | 4.00 | $26.64 | $106.56 |
| | **Week Ending Date: 8/30/09** | | | |
| Baker, Denver | Inspector | 36.00 | $20.72 | $745.92 |
| Banford, Tyesha | Inspector | 40.00 | $13.32 | $532.80 |
| Banford, Tyesha | Overtime | 8.00 | $13.32 | $106.56 |
| Blevins, Donna | Inspector | 40.00 | $24.65 | $986.00 |
| Cain, Darrel | Inspector | 16.00 | $13.32 | $213.12 |
| Carlson, Cherree | Inspector | 40.00 | $23.20 | $928.00 |
| DeGregorio, Aimee | Inspector | 40.00 | $20.72 | $828.80 |
| DeGregorio, Aimee | Overtime | 0.17 | $20.72 | $3.52 |
| Douglas, Forest | Inspector | 20.00 | $13.32 | $266.40 |
| Douglas, Forest | Inspector | 16.00 | $17.76 | $284.16 |
| Gros, Bryan | Inspector | 20.00 | $20.72 | $414.40 |
| Jenkins, Tammy | Inspector | 40.00 | $13.32 | $532.80 |
| Kaufman Sr, Corey | Inspector | 40.00 | $13.32 | $532.80 |

| SERVICED BY: | Baton Rouge - Security 9405 Interline Avenue Baton Rouge, Louisiana 70809 (225) 906 - 2200 | TERMS | Net Due Upon Receipt Of Invoice |
|---|---|---|---|
| | | TOTAL | $11,129.86 |

PLEASE REMIT TO:

Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

**Fluor Enterprises, Inc**
**2105 Highway 964**
**St. Francisville**　　　LA　　70775

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

| INVOICE NO. | MO. DAY | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105413 | 9/1/09 | | 23704 |

Page 1 of 2　　　　Amount Due:　$11,129.86



**PLEASE REMIT TO:**

Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA  70154-4353



**Fluor Enterprises, Inc**
**2105 Highway 964**
**St. Francisville**    LA    70775

Attention:  *Jeorgie McKwoan*
Department:  *Primary*
PO #:

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105413 | 9/1/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| London, Lynne | Inspector | 40.00 | $13.32 | $532.80 |
| London, Lynne | Overtime | 0.23 | $13.32 | $3.06 |
| Moses, Von | Inspector | 32.00 | $13.32 | $426.24 |
| Spann, Lionel | Inspector | 40.00 | $13.32 | $532.80 |
| Stanwood, Kersherron | Inspector | 36.00 | $13.32 | $479.52 |
| Webb, Edith | Inspector | 40.00 | $17.76 | $710.40 |
| Williams, Dawn | Inspector | 40.00 | $13.32 | $532.80 |
| Williams, Sara | Inspector | 40.00 | $17.76 | $710.40 |
| Willis, Sallie | Inspector | 40.00 | $18.00 | $720.00 |

SERVICED BY:  Baton Rouge - Security
9405 Interline Avenue
Baton Rouge, Louisiana  70809
(225) 906 - 2200

TERMS  Net Due Upon Receipt Of Invoice

TOTAL  **$11,129.86**



**Fluor Enterprises, Inc**
**2105 Highway 964**
PLEASE DETACH AND RETURN THIS PORTION
**St. Francisville**    **LA**    **70775**
WITH YOUR REMITTANCE

**PLEASE REMIT TO:**

Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA  70154-4353

| INVOICE NO. | MO. DAY | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105413 | 9/1/09 | | 23704 |

Page 2 of 2          Amount Due:    **$11,129.86**



002181416006

**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA     70775

Contract # MA4E-90-F059

Attention:    Jeorgie McKween
Department:   Primary
PO #:

| INVOICE NO. | DATE | YR | CUST. NO. |
|---|---|---|---|
| BRY3105454 | 9/8/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| | **Week Ending Date:  9/6/09** | | | |
| Baker, Denver | Inspector | 24.00 | $20.72 | $497.28 |
| Banford, Tyesha | Inspector | 40.00 | $13.32 | $532.80 |
| Blevins, Donna | Inspector | 40.00 | $24.65 | $986.00 |
| Cain, Darrel | Inspector | 40.00 | $13.32 | $532.80 |
| Carlson, Cherree | Inspector | 40.00 | $23.20 | $928.00 |
| Douglas, Forest | Inspector | 16.00 | $13.32 | $213.12 |
| Douglas, Forest | Inspector | 24.00 | $17.76 | $426.24 |
| Jenkins, Tammy | Inspector | 40.00 | $13.32 | $532.80 |
| Jenkins, Tammy | Overtime | 8.00 | $13.32 | $106.56 |
| Kaufman Sr, Corey | Inspector | 40.00 | $13.32 | $532.80 |
| London, Lynne | Inspector | 40.00 | $13.32 | $532.80 |
| Moses, Von | Inspector | 40.00 | $13.32 | $532.80 |
| Riccitiello, Joseph | Inspector | 32.00 | $13.32 | $426.24 |
| Spann, Lionel | Inspector | 40.00 | $13.32 | $532.80 |
| Stanwood, Kersherron | Inspector | 40.00 | $13.32 | $532.80 |

| SERVICED BY: | Baton Rouge - Security | | TERMS | **Net Due Upon Receipt Of Invoice** |
|---|---|---|---|---|
| | 9405 Interline Avenue | | | |
| | Baton Rouge, Louisiana 70809 | | **TOTAL** | **$10,519.44** |
| | (225) 906 - 2200 | | | |



**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA     70775

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

| INVOICE NO. | MO. DAY | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105454 | 9/9/09 | | 23704 |

Page 1 of 2

**Amount Due:     $10,519.44**





**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA  70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville        LA        70775
Contract # MA4E-90-F0S9

Attention:   Jeorgie McKwoen
Department:  Primary
PO #:

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105454 | 9/9/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Webb, Edith | Inspector | 40.00 | $17.76 | $710.40 |
| Williams, Dawn | Inspector | 40.00 | $13.32 | $532.80 |
| Williams, Sara | Inspector | 40.00 | $17.76 | $710.40 |
| Willis, Sallie | Inspector | 40.00 | $18.00 | $720.00 |

| SERVICED BY: | Baton Rouge - Security | TERMS | Net Due Upon Receipt Of Invoice |
|---|---|---|---|
| | 9405 Interline Avenue | | |
| | Baton Rouge, Louisiana  70809 | | |
| | (225) 906 - 2200 | TOTAL | $10,519.44 |



Fluor Enterprises, Inc
2105 Highway 964
PLEASE DETACH AND RETURN THIS PORTION
St. Francisville        LA        70775
WITH YOUR REMITTANCE

**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA  70154-4353

| INVOICE NO. | MO. | DAY | YR. | CUST. NO. |
|---|---|---|---|---|
| BRY3105454 | 9/9/09 | | | 23704 |

Page 2 of 2                    Amount Due:    $10,519.44



PLEASE REMIT TO:
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

**Fluor Enterprises, Inc**
**2105 Highway 964**
**St. Francisville**    **LA**    **70775**
Contract # MA4E-90-F059
Attention: *Jeorgie McKwoan*
Department: *Primary*
PO #:

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105502 | 9/15/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION Week Ending Date: 9/13/09 | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Baker, Denver | Inspector | 16.00 | $20.72 | $331.52 |
| Bantord, Tyesha | Inspector | 40.00 | $13.32 | $532.80 |
| Blevins, Donna | Inspector | 40.00 | $24.65 | $986.00 |
| Blevins, Donna | Overtime | 4.00 | $36.98 | $147.92 |
| Cain, Darrel | Inspector | 16.00 | $13.32 | $213.12 |
| Carlson, Cherree | Inspector | 40.00 | $23.20 | $928.00 |
| Carter, Talsha | Inspector | 40.00 | $13.32 | $532.80 |
| Carter, Talsha | Overtime | 4.00 | $13.32 | $53.28 |
| Douglas, Forest | Inspector | 32.00 | $17.76 | $568.32 |
| Douglas, Forest | Inspector | 8.00 | $13.32 | $106.56 |
| Douglas, Forest | Overtime | 8.00 | $17.76 | $142.08 |
| Jenkins, Tammy | Inspector | 29.00 | $13.32 | $386.28 |
| Kaufman Sr, Corey | Inspector | 17.00 | $13.32 | $226.44 |
| London, Lynne | Inspector | 40.00 | $13.32 | $532.80 |
| London, Lynne | Overtime | 0.25 | $13.32 | $3.33 |

SERVICED BY:   Baton Rouge - Security
9405 Interline Avenue
Baton Rouge, Louisiana 70809
(225) 906 - 2200

TERMS **Net Due Upon Receipt Of Invoice**

TOTAL    **$10,503.01**



PLEASE REMIT TO:
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

**Fluor Enterprises, Inc**
**2105 Highway 964**
**St. Francisville**    **LA**    **70775**

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

Page 1 of 2

| INVOICE NO. | MO. DAY | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105502 | 9/15/09 | | 23704 |

Amount Due:    **$10,503.01**



PLEASE REMIT TO:
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

**Fluor Enterprises, Inc**
2105 Highway 964
St. Francisville     LA     70775

Contract # MA4E-90-F059
Attention:   Jeorgie McKwoen
Department:   Primary
PO #:

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105502 | 9/15/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Moses, Von | Inspector | 40.00 | $13.32 | $532.80 |
| Moses, Von | Overtime | 3.00 | $13.32 | $39.96 |
| Riccitiello, Joseph | Inspector | 31.00 | $13.32 | $412.92 |
| Spann, Lionel | Inspector | 40.00 | $13.32 | $532.80 |
| Stanwood, Kersherron | Inspector | 40.00 | $13.32 | $532.80 |
| Stanwood, Kersherron | Overtime | 4.00 | $13.32 | $53.28 |
| Webb, Edith | Inspector | 40.00 | $17.76 | $710.40 |
| Williams, Dawn | Inspector | 40.00 | $13.32 | $532.80 |
| Williams, Sara | Inspector | 40.00 | $17.76 | $710.40 |
| Williams, Sara | Overtime | 10.00 | $17.76 | $177.60 |
| Willis, Sallie | Inspector | 32.00 | $18.00 | $576.00 |

SERVICED BY:   Baton Rouge - Security
9405 Interline Avenue
Baton Rouge, Louisiana 70809
(225) 906 - 2200

TERMS: **Net Due Upon Receipt Of Invoice**

| TOTAL | **$10,503.01** |
|---|---|



**Fluor Enterprises, Inc**
2105 Highway 964
St. Francisville   LA   70775

PLEASE PLEASE RETURN THIS PORTION
WITH YOUR REMITTANCE

PLEASE REMIT TO:
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

| INVOICE NO. | MO. DAY YR. | CUST. NO. |
|---|---|---|
| BRY3105502 | 9/15/09 | 23704 |

Page 2 of 2     Amount Due:   $10,503.01



PLEASE REMIT TO:

Lofton Security Service, inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA  70154-4353

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105557 | 9/22/09 | | 23704 |

**Fluor Enterprises, inc**
**2105 Highway 964**
**St. Francisville          LA      70775**
Contract # MA4E-90-F059
Attention:   Jeorgie McKwoen
Department: Primary
PO #:

| FOR THE SERVICES OF | CLASSIFICATION Week Ending Date:  9/20/09 | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Banford, Tyesha | Inspector | 40.00 | $13.32 | $532.80 |
| Blevins, Donna | Inspector | 40.00 | $24.65 | $986.00 |
| Blevins, Donna | Overtime | 0.50 | $24.65 | $12.33 |
| Cain, Darrel | Inspector | 40.00 | $13.32 | $532.80 |
| Carlson, Cherree | Inspector | 40.00 | $23.20 | $928.00 |
| Carter, Talsha | Inspector | 40.00 | $13.32 | $532.80 |
| Douglas, Forest | Inspector | 32.00 | $17.76 | $568.32 |
| Douglas, Forest | Inspector | 8.00 | $13.32 | $106.56 |
| Jenkins, Tammy | Inspector | 40.00 | $13.32 | $532.80 |
| Jenkins, Tammy | Overtime | 0.50 | $13.32 | $6.66 |
| Kaufman Sr, Corey | Inspector | 24.00 | $13.32 | $319.68 |
| London, Lynne | Inspector | 40.00 | $13.32 | $532.80 |
| London, Lynne | Overtime | 12.50 | $13.32 | $166.50 |
| Moses, Von | Inspector | 16.00 | $13.32 | $213.12 |
| Riccitiello, Joseph | Inspector | 40.00 | $13.32 | $532.80 |

| SERVICED BY  Baton Rouge - Security 9405 Interline Avenue Baton Rouge, Louisiana 70809 (225) 906 - 2200 | TERMS  Net Due Upon Receipt Of Invoice |
|---|---|
| | TOTAL   $10,360.35 |



PLEASE REMIT TO:

Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA  70154-4353

**Fluor Enterprises, Inc**
**2105 Highway 964**
**St. Francisville          LA      70775**

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

| INVOICE NO. | MO.  DAY  YR. | CUST. NO. |
|---|---|---|
| BRY3105557 | 9/22/09 | 23704 |

Page 1 of 2                    Amount Due:   $10,360.35



**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA  70154-4353

**Fluor Enterprises, Inc**
2105 Highway 964
St. Francisville          LA          70775
       Contract # MA4E-90-F059
Attention:  Jeorgie McKwoan
Department:  Primary
PO #:

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105557 | 9/22/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Spann, Lionel | Inspector | 40.00 | $13.32 | $532.80 |
| Spann, Lionel | Overtime | 11.50 | $13.32 | $153.18 |
| Stanwood, Kersherron | Inspector | 40.00 | $13.32 | $532.80 |
| Webb, Edith | Inspector | 40.00 | $17.76 | $710.40 |
| Williams, Dawn | Inspector | 40.00 | $13.32 | $532.80 |
| Williams, Sara | Inspector | 40.00 | $17.76 | $710.40 |
| Willis, Sallie | Inspector | 38.00 | $18.00 | $684.00 |

SERVICED BY:  Baton Rouge - Security
9405 Interline Avenue
Baton Rouge, Louisiana  70809
(225) 906 - 2200

TERMS  Net Due Upon Receipt Of Invoice

| TOTAL | $10,360.35 |
|---|---|



**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA  70154-4353

**Fluor Enterprises, Inc**
2105 Highway 964
St. Francisville          LA          70775

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

| INVOICE NO. | MO. | DAY | YR. | CUST. NO. |
|---|---|---|---|---|
| BRY3105557 | | 9/22/09 | | 23704 |

Page 2 of  2          Amount Due:     $10,360.35

Case 3:10-cv-00147-FJP-DLD   Document 1-2    03/02/10   Page 22 of 31



**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville     LA     70775
Contract # MA4E-90-F059
Attention:   Jeorgia McKwoen
Department:   Primary
PO #:

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105615 | 9/29/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| | **Week Ending Date:  9/27/09** | | | |
| Banford, Tyesha | Inspector | 40.00 | $13.32 | $532.80 |
| Banford, Tyesha | Overtime | 12.00 | $13.32 | $159.84 |
| Blevins, Donna | Inspector | 40.00 | $24.65 | $986.00 |
| Blevins, Donna | Overtime | 1.00 | $24.65 | $24.65 |
| Cain, Darrel | Inspector | 16.00 | $13.32 | $213.12 |
| Carlson, Cherree | Inspector | 40.00 | $23.20 | $928.00 |
| Carlson, Cherree | Overtime | 9.00 | $23.20 | $208.80 |
| Douglas, Forest | Inspector | 16.00 | $13.32 | $213.12 |
| Douglas, Forest | Inspector | 24.00 | $17.76 | $426.24 |
| Douglas, Forest | Overtime | 1.00 | $17.76 | $17.76 |
| Jenkins, Tammy | Inspector | 40.00 | $13.32 | $532.80 |
| Jenkins, Tammy | Overtime | 12.00 | $13.32 | $159.84 |
| London, Lynne | Inspector | 40.00 | $13.32 | $532.80 |
| London, Lynne | Overtime | 5.00 | $13.32 | $66.60 |
| Moses, Von | Inspector | 40.00 | $13.32 | $532.80 |

SERVICED BY:  Baton Rouge - Security
9405 Interline Avenue
Baton Rouge, Louisiana 70809
(225) 906 - 2200

TERMS: **Net Due Upon Receipt Of Invoice**

TOTAL     **$10,288.91**

---



**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville     LA     70775

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

Page 1 of 2

| INVOICE NO. | MO.  DAY | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105615 | 9/29/09 | | 23704 |

Amount Due:     **$10,288.91**



002181416013

**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

**Fluor Enterprises, inc**
**2105 Highway 964**
**St. Francisville      LA      70775**
Contract # MA4E-90-F059
Attention:   *Jeorgie McKwoen*
Department:  *Primary*
PO #:

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105615 | 9/29/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Powell, George | Inspector | 40.00 | $13.32 | $532.80 |
| Powell, George | Overtime | 8.00 | $13.32 | $106.56 |
| Spann, Lionel | Inspector | 40.00 | $13.32 | $532.80 |
| Spann, Lionel | Overtime | 19.00 | $13.32 | $253.08 |
| Stanwood, Kersherron | Inspector | 40.00 | $13.32 | $532.80 |
| Stanwood, Kersherron | Overtime | 4.50 | $13.32 | $59.94 |
| Webb, Edith | Inspector | 40.00 | $17.76 | $710.40 |
| Williams, Dawn | Inspector | 40.00 | $13.32 | $532.80 |
| Williams, Sara | Inspector | 40.00 | $17.76 | $710.40 |
| Williams, Sara | Overtime | 3.50 | $17.76 | $62.16 |
| Willis, Sallie | Inspector | 40.00 | $18.00 | $720.00 |

| SERVICED BY: | Baton Rouge - Security 9405 Interline Avenue Baton Rouge, Louisiana 70809 (225) 906 - 2200 | TERMS: Net Due Upon Receipt Of Invoice | |
|---|---|---|---|
| | | **TOTAL** | **$10,288.91** |



**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

**Fluor Enterprises, inc**
**2105 Highway 964**
**St. Francisville      LA      70775**
PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

| INVOICE NO. | MO. DAY YR. | CUST. NO. |
|---|---|---|
| BRY3105615 | 9/28/09 | 23704 |

Amount Due:   $10,288.91

Case 3:10-cv-00147-FJP-DLD   Document 1-2   03/02/10   Page 24 of 31



00218141601

**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA     70775

Contract # MA4E-90-F058

Attention:  *Jeorgia McKwoen*
Department:  *Primary*
PO #:

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105658 | 10/6/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| | **Week Ending Date:  9/27/09** | | | |
| Douglas, Forest | Overtime | 8.00 | $17.76 | $142.08 |
| | **Week Ending Date:  10/4/09** | | | |
| Banford, Tyesha | Inspector | 40.00 | $13.32 | $532.80 |
| Blevins, Donna | Inspector | 40.00 | $24.65 | $986.00 |
| Boss, Kendric | Inspector | 40.00 | $13.32 | $532.80 |
| Cain, Darrel | Inspector | 24.77 | $13.32 | $329.94 |
| Carlson, Cherree | Inspector | 40.00 | $23.20 | $928.00 |
| Douglas, Forest | Inspector | 16.00 | $13.32 | $213.12 |
| Douglas, Forest | Inspector | 24.00 | $17.76 | $426.24 |
| Harris, Gloria | Inspector | 40.00 | $13.32 | $532.80 |
| Jenkins, Tammy | Inspector | 40.00 | $13.32 | $532.80 |
| London, Lynne | Inspector | 40.00 | $13.32 | $532.80 |
| London, Lynne | Overtime | 0.50 | $13.32 | $6.66 |
| Moses, Von | Inspector | 39.00 | $13.32 | $519.48 |
| Powell, George | Inspector | 39.80 | $13.32 | $530.14 |

SERVICED BY:  Baton Rouge - Security
9405 Interline Avenue
Baton Rouge, Louisiana 70809
(225) 906 - 2200

TERMS  **Net Due Upon Receipt Of Invoice**

| TOTAL | $10,335.27 |
|---|---|

---

**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA     70775

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

| INVOICE NO. | MO. DAY YR. | CUST. NO. |
|---|---|---|
| BRY3105658 | 10/6/09 | 23704 |

Page 1 of 2          Amount Due:    $10,335.27



00218141 6015

**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

| INVOICE NO. | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105658 | 10/6/09 | | 23704 |

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville    LA    70775
    Contract # MA4E-80-F059
Attention:  Jeorgie McKwoen
Department:  Primary
PO #:

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Spann, Lionel | Inspector | 40.00 | $13.32 | $532.80 |
| Stanwood, Kersherron | Inspector | 39.25 | $13.32 | $522.81 |
| Webb, Edith | Inspector | 40.00 | $17.76 | $710.40 |
| Williams, Dawn | Inspector | 40.00 | $13.32 | $532.80 |
| Williams, Dawn | Overtime | 0.33 | $13.32 | $4.40 |
| Williams, Sara | Inspector | 40.00 | $17.76 | $710.40 |
| Willis, Sallie | Inspector | 32.00 | $18.00 | $576.00 |

SERVICED BY: Baton Rouge - Security
9405 Interline Avenue
Baton Rouge, Louisiana 70809
(225) 906 - 2200

TERMS: **Net Due Upon Receipt Of Invoice**

| TOTAL | $10,335.27 |
|---|---|

---



**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

Fluor Enterprises, Inc
2105 Highway 964
PLEASE **St. Francisville** RETURN THIS PORTION **70775**
WITH YOUR REMITTANCE

| INVOICE NO. | MO. DAY YR. | CUST. NO. |
|---|---|---|
| BRY3105658 | 10/6/09 | 23704 |

Amount Due:    $10,335.27

Case 3:10-cv-00147-FJP-DLD   Document 1-2   03/02/10   Page 26 of 31



**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville     LA     70775

Contract # MA4E-90-F059
Attention:   Jeorgie McKwoen
Department:   Primary
PO #:

| INVOICE NO | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105708 | 10/13/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION<br>Week Ending Date: 10/11/09 | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Banford, Tyesha | Inspector | 22.00 | $13.32 | $293.04 |
| Blevins, Donna | Inspector | 40.00 | $24.65 | $986.00 |
| Blevins, Donna | Overtime | 3.08 | $24.65 | $75.92 |
| Boss, Kendric | Inspector | 24.00 | $13.32 | $319.68 |
| Cain, Darrel | Inspector | 12.00 | $13.32 | $159.84 |
| Carlson, Cherree | Inspector | 28.00 | $23.20 | $649.60 |
| Harris, Gloria | Inspector | 12.00 | $13.32 | $159.84 |
| Jenkins, Tammy | Inspector | 32.00 | $13.32 | $426.24 |
| London, Lynne | Inspector | 8.00 | $13.32 | $106.56 |
| Moses, Von | Inspector | 8.00 | $13.32 | $106.56 |
| Powell, George | Inspector | 8.00 | $13.32 | $106.56 |
| Spann, Lionel | Inspector | 28.00 | $13.32 | $372.96 |
| Stanwood, Kersherron | Inspector | 16.00 | $13.32 | $213.12 |
| Webb, Edith | Inspector | 8.00 | $17.76 | $142.08 |
| Webb, Edith | Overtime | 8.00 | $17.76 | $142.08 |

SERVICED BY: Baton Rouge - Security
9405 Interline Avenue
Baton Rouge, Louisiana 70809
(225) 906 - 2200

TERMS: **Net Due Upon Receipt Of Invoice**

**TOTAL**     **$5,588.96**

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville     LA     70775

**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA 70154-4353

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

Page 1 of 2

| INVOICE NO. | MO. DAY YR. | CUST. NO. |
|---|---|---|
| BRY3105708 | 10/13/09 | 23704 |

Amount Due:   $5,588.96





**002181416017**

**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA  70154-4353

Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA     70775
Contract # MA4E-90-F059
Attention:   Jeorgie McKwoen
Department:  Primary
PO #:

| INVOICE NO | DATE | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105708 | 10/13/09 | | 23704 |

| FOR THE SERVICES OF | CLASSIFICATION | TOTAL HOURS WORKED | RATE PER HOUR | AMOUNT |
|---|---|---|---|---|
| Williams, Dawn | Inspector | 12.00 | $17.76 | $213.12 |
| Williams, Dawn | Inspector | 8.00 | $13.32 | $106.56 |
| Williams, Sara | Inspector | 32.50 | $17.76 | $577.20 |
| Willis, Sallie | Inspector | 24.00 | $18.00 | $432.00 |

| SERVICED BY: | Baton Rouge - Security | TERMS | Net Due Upon Receipt Of Invoice |
|---|---|---|---|
| | 9405 Interline Avenue | | |
| | Baton Rouge, Louisiana 70809 | | |
| | (225) 906 - 2200 | TOTAL | $5,588.96 |



Fluor Enterprises, Inc
2105 Highway 964
St. Francisville          LA   70775

PLEASE DETACH AND RETURN THIS PORTION
WITH YOUR REMITTANCE

**PLEASE REMIT TO:**
Lofton Security Service, Inc.
Baton Rouge - Security
PO Box 54353
New Orleans, LA  70154-4353

| INVOICE NO. | MO. DAY | YR. | CUST. NO. |
|---|---|---|---|
| BRY3105708 | 10/13/09 | | 23704 |

Page 2 of 2          Amount Due:    $5,588.96

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. _____          DIVISION "____"          DOCKET NO. ____

THE LOFTON INDUSTRIES, INC.
and
LOFTON SECURITY SERVICE, INC.

VERSUS

FLUOR ENTERPRISES, INC.

FILED: _____          _____
                                              DEPUTY CLERK

## OPPOSITION TO EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come plaintiffs, The Lofton Industries, Inc. and Lofton Security Service, Inc. (collectively, "Lofton"), both Louisiana corporations with their principal place of business in the Parish of East Baton Rouge, who aver:

That Fluor Enterprises, Inc. has been well and truly advised of the nature and extent of the claims made in the petition filed concurrently with this opposition, that no need is present for any delay in answering such petition; and that plaintiffs will be prejudiced by any further delay in collection of the sums shown to be due in such petition.

WHEREFORE, plaintiffs request that any delays or extensions of time to reply shall be granted only for good cause shown following notice and a hearing.

Respectfully submitted,

_____
D. Scott Landry (#18996)
Harry R. Holladay (#6950)
Kurt D. Duncan (#29842)
CHAFFE McCALL, L.L.P.
202 Two United Plaza
8550 United Plaza Blvd.
Baton Rouge, LA 70809
Telephone: (225) 922-4300
Facsimile: (225) 922-4304

Attorneys for The Lofton Industries, Inc. and Lofton Security Service, Inc.

CERTIFIED
TRUE COPY

MAR 0 2 2010

BY_____
DEPUTY CLERK

1426185-1                    1

**PLEASE SERVE**

**Defendant**
**Fluor Enterprises, Inc.**
**Through its Registered Agent for Service of Process**

**Corporation Service Company**
320 Somerulos St.
Baton Rouge, LA 70802-6129

7402-16-017802

# CITATION

LOFTON INDUSTRIES, INC., ET AL
(Plaintiff)

NUMBER  C587209 SECTION 22

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

FLUOR ENTERPRISES, INC.
(Defendant)

STATE OF LOUISIANA

TO:   FLUOR ENTERPRISES, INC.
      THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS
      CORPORATION SERVICE COMPANY
      320 SOMERULOS ST
      BATON ROUGE, LA 70802

GREETINGS,

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading, in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 10-FEB-2010.

Catherine D. Brandon/Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: D SCOTT LANDRY

*The following documents are attached:
PETITION, VERIFICATION, EXHIBIT, OPPOSITION

---

SERVICE INFORMATION:

Received on the _____ day of _____ 20___ and on the _____ day of _____, 20_____, served on the above named party as follows:

PERSONAL SERVICE:  On the party herein named at _____

DOMICILIARY SERVICE:  On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:  After diligent search and inquiry was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of _____, this _____ day of _____, 20_____.

SERVICE:     $_____          _____
MILEAGE:     $_____                    Deputy Sheriff
TOTAL:       $_____          Parish of East Baton Rouge

CITATION - 2402